

**FILED**

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0079



**FILED**

JUN 0 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### No. DA 21-0079

| | |
|---|---|
| **CLAIMANTS:** East Bench Irrigation District; United States of America (Bureau of Reclamation) | **ON APPEAL FROM THE MONTANA WATER COURT** |
| **OBJECTORS:** East Bench Irrigation District; State of Montana Department of Fish, Wildlife, and Parks; Point of Rocks Angus Ranch Inc. | **No. 41B-265-P-2015** |
| **COUNTEROBJECTORS:** Madison Valley Garden Ranch, LLC; Open A Ranch, Inc. | 41B 40850-00<br>41B 40851-00<br>41B 40852-00<br>41B 40854-00 |
| **NOTICE OF INTENT TO APPEAR:** Geoduck Land & Cattle LLC; Smith's Elk Meadows Ranch, LLC; Water Users Irrigation Co. | 41B 40855-00<br>41B 40856-00<br>41B 40857-00<br>41B 40858-00 |
| **INTERVENORS:** Bar J Ranch; David E. & Shelli Schuett; Baldy View Enterprises, LLC; William C. Mancoronal; Roxanne E. Mancoronal; Justin D. Devers; William R. Grose; Point of Rocks Angus Ranch Inc.; Clark Canyon Water Supply Co. | 41B 40859-00<br>41B 40860-00<br>41B 40861-00 |

**ORDER GRANTING THE UNOPPOSED MOTION BY APPELLEES UNITED STATES, EAST BENCH IRRIGATION DISTRICT AND CLARK CANYON WATER SUPPLY COMPANY FOR 30-DAY EXTENSION OF TIME FOR FILING ANSWERING BRIEFS**

In consideration of the unopposed joint motion by Appellees United States, East Bench Irrigation District, and Clark County Water Supply Company for a 30-day extension of time for filing answering briefs and the good cause appearing therefore,

IT IS ORDERED that the motion is GRANTED. Answering briefs for appellees shall be filed on or before July 21, 2021.

DATED this ___9th___ day of __June__, 2021.

For the Court,